IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JIMMY JACKSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 5:20-cv-00249-MTT-CHW |
| vs. | : | |
| | : | |
| WARDEN AIMEE SMITH, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |
| | : | |

# ORDER

Defendant has filed a motion to summary judgment, brief, and several exhibits in support of the motion. (Doc. 46). Although Defendant cites to Plaintiff's deposition as "Exhibit 1" in her statement of undisputed material facts (Doc. 46-1), the transcript is not attached as an exhibit and does not appear on the docket. Plaintiff's deposition is also discussed in his responses to Defendant's motion. *See* (Docs. 49, 58). Because both parties have referenced Plaintiff's deposition, the Court **ORDERS** Defendant to supplement the record by filing a copy of Plaintiff's deposition by May 18, 2022.

**SO ORDERED**, this 11th day of May, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge