IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY JACKSON, | : |
|         Plaintiff, | : |
|     vs. | :   Case No. 5:20-cv-00249-MTT-CHW |
| WARDEN AIMEE SMITH, | :   Proceedings Under 42 U.S.C. § 1983 |
|         Defendant. | :   Before the U.S. Magistrate Judge |

### ORDER

Plaintiff Jimmy Jackson has filed a document filed as a "motion for wrongful conviction" (Doc. 60), in which he raises several concerns about the facts and circumstances leading to his conviction and current incarceration but does not request any specific relief. To the extent Plaintiff seeks to attack his conviction or secure his release, this pending Section 1983 action is not the proper vehicle for such relief. As the Court explained in its screening order, "habeas corpus is the exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release[.]" (Doc. 24, p. 4, n. 1, citing *Heck v. Humphrey*, 512 U.S. 477, 481 (1994)). Because the motion relates to matters outside the scope of this litigation and does not request any relief that the Court can grant, Plaintiff's motion for wrongful conviction is **DISMISSED**.

**SO ORDERED**, this 11th day of May, 2022.

                                              s/ Charles H. Weigle
                                            Charles H. Weigle
                                            United States Magistrate Judge