IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY JACKSON, | * |
| Plaintiff, | * |
| v. | Case No.  5:20-cv-00249-MTT-CHW |
| | * |
| WARDEN AIMEE SMITH, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 19, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 20th day of July, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk